**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JIIN KO,** *Plaintiff*, -- against – **SWIFTLY SYSTEMS, INC., HENRY KIM, LITTLER MENDELSON, P.C., and JEAN SCHMIDT,** *Defendants*. | Civ. No. **25-CV-1833** (**KPF**) ORDER |

    Upon the affidavits of Jiin Ko and Russell L. Kornblith, sworn to March 4, 2025 and March 18, 2025; upon the copies of the complaint, Memorandum of Law, and the parties' letters hereto annexed; and after hearing from the parties on March 6, 2025, and March 19, 2025; it is

    ORDERED, for the reasons set forth on the record, that a preliminary injunction shall be issued pursuant to Fed. R. Civ. P. 65, ordering Defendants to reinstate Plaintiff effective March 27, 2025, and enjoining them from suspending her or terminating her pending further order of the Court. The Court is entering this Order pursuant to the parties' representations that "guard rails" will be worked out prior to March 27, 2025.

DATED:    March 20, 2025
                New York, New York

                                              */s/ Katherine Polk Failla*
                                              The Honorable Katherine Polk Failla
                                              United States District Judge