UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIIN KO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SWIFTLY SYSTEMS, INC., HENRY KIM, LITTLER MENDELSON, P.C., and JEAN SCHMIDT,<br><br>　　　　Defendants. | ECF CASE<br><br>Civil Case No.: 1:25-cv-01833 (KPF)<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANTS' NOTICE OF MOTION TO COMPEL ARBITRATION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Richard B. Harper, and supporting exhibit attached thereto, Defendants Swiftly Systems, Inc., Henry Kim, Littler Mendelson P.C., and Jean L. Schmidt "(Defendants") respectfully will move this Court, before the Honorable Katherine Polk Failla, at 40 Foley Square, Courtroom, 618, New York, New York 10007, on a date and time to be determined, for an order to compel arbitration.

Dated: April 4, 2025

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Richard B. Harper*

Scott M. Nelson (*pro hac vice* pending)
910 Louisiana Street
Houston, TX 77002
Tel: (713) 229-1214
Fax: (713) 229-7914
scott.nelson@bakerbotts.com

Richard B. Harper
Christina A. Romak

30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-2675
Fax: (212) 259-2475
richard.harper@bakerbotts.com
christina.romak@bakerbotts.com

*Attorneys for Defendants*
*Swiftly Systems, Inc. and Henry Kim*

LITTLER MENDELSON P.C.

Jean L. Schmidt
Ivie A. Serioux
Sara A. Elgndy
900 Third Avenue
New York, NY 10022.3298
Tel: 212.583.9600
jschmidt@littler.com
iserioux@littler.com
selgndy@littler.com

*Attorneys for Defendants*
*Swiftly Systems, Inc., Henry Kim, Littler*
*Mendelson, P.C., and Jean Schmidt*