S.D.N.Y.—N.Y.C.
25-cv-1833
Failla, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

———————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 22, 2025

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-five.

Present:

Guido Calabresi,
Barrington D. Parker,
William J. Nardini,
*Circuit Judges.*

————————————————————————

Jiin Ko,

*Plaintiff-Appellee,*

v.                                                              25-671

Swiftly Systems, Inc., et al.,

*Defendants-Appellants.*

————————————————————————

Appellants move for a stay pending appeal of the district court's order granting Appellee a preliminary injunction and ordering Appellee's reinstatement.  Upon due consideration, it is hereby ORDERED that Appellants' motion for a stay pending appeal is DENIED.  *See Nken v. Holder*, 556 U.S. 418, 433–35 (2009).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*[signature]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature]*

CERTIFIED COPY ISSUED ON 04/22/2025